**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert Daniel HELMS, Defendant–Appellant.**

No. 01–6055.

United States Court of Appeals, Fourth Circuit.

Submitted March 23, 2001.

Decided April 12, 2001.

Robert Daniel Helms, pro se.

Kenneth Michel Smith, Office of the United States Attorney, Charlotte, NC, for appellee.

Before LUTTIG and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Robert Daniel Helms appeals the district court's order dismissing his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Helms,* Nos. CR–99–4; CA–00–575–3 (W.D.N.C. filed Dec. 6, 2000; entered Dec. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*